# United States District Court
# For The Western District of North Carolina
# Charlotte Division

TIDO MAURICE THOMPSON,

    Petitioner,                                 JUDGMENT IN A CIVIL CASE

vs.                                                CASE NO. 3:10CV74-1-MU

UNITED STATES OF AMERICA,

    Respondent

DECISION BY COURT. This action having come before the Court by MOTION and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/9/2010 Order.

                                                Signed: June 9, 2010

                                                *[signature: Frank G. Johns]*

                                                Frank G. Johns, Clerk
                                                United States District Court